# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COW CREEK BAND OF UMPUQUA TRIBE OF INDIANS; THE KARUK TRIBE; and TOLOWA DEE-NI' NATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; BUREAU OF INDIAN AFFAIRS; BRYAN NEWLAND, in his official capacity as Assistant Secretary–Indian Affairs; BRYAN MERCIER, in his official capacity as Director, Bureau of Indian Affairs; and RUDY PEONE, in his official capacity as Acting Regional Director, Northwest Region, Bureau of Indian Affairs,<br><br>*Defendants.* | Case No. 1:24-cv-03594-APM |

## [PROPOSED] ORDER GRANTING COQUILLE INDIAN TRIBE'S MOTION TO INTERVENE

In accordance with Federal Rule of Civil Procedure 24, and in consideration of the Motion for Leave to Intervene filed by Coquille Indian Tribe and the other papers filed with respect to the Motion, it is hereby ORDERED that the Motion to intervene by right is GRANTED. The Clerk shall add Coquille Indian Tribe to the docket as an Intervenor-Defendant in this action.

SO ORDERED this _____ day of January, 2025.

_____
Hon. Judge Amit P. Mehta
United States District Judge