# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COW CREEK BAND OF UMPQUA TRIBE OF INDIANS, et al., | |
| Plaintiffs, | No. 1:24-cv-03594-APM |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

This matter came before the Court on Plaintiffs Cow Creek Band of Umpqua Tribe of Indians, Karuk Tribe, and Tolowa Dee-ni' Nation's Second Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"). The Court, having considered the motion and response, if any, and all other relevant pleadings and records on file with the Court, finds:

Plaintiffs provided notice to Defendants and others of the filing of the Motion in advance of its filing. The Court finds good cause exists to issue a temporary restraining order without further oral or written notice to Defendants because immediate and irreparable injury, loss, or damage to Plaintiffs will occur if a temporary restraining order is not issued before a hearing on this matter can be convened. To wit, Plaintiffs have shown:

(1) that they are likely to prevail on their claims that (a) the CEQ Regulations are *ultra vires*, rendering the Final Environmental Impact Statement (FEIS) published by the Defendant Bureau of Indian Affairs on November 22, 2024 and the Record of Decision (ROD) issued by Defendant U.S. Department of the Interior on January 10, 2025, invalid and unenforceable, and (b) Defendants failed to meaningfully consult with Plaintiffs in violation of the National Environmental Policy Act (NEPA) and other federal law;

(2) that irreparable harm to Plaintiffs' governmental, economic, socio-economic, cultural, and historical interests, including their ability to provide essential government services to their members, will occur if Defendants are not enjoined from taking further action based on the FEIS or the ROD granting the Coquille Indian Tribe's application to take its Medford parcel into trust for gaming purposes; and

(3) that the balance of equities tips in favor of Plaintiffs, as the public's interest would be best served by enjoining Defendants from enforcing the ROD to accept the Medford parcel into trust until the legality of the agency's FEIS has been fully adjudicated on the merits.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs Cow Creek Band of Umpqua Tribe of Indians, Karuk Tribe, and Tolowa Dee-ni' Nation's is GRANTED, effective January ___, 2025, at ____ am/pm.

Pending full hearing on Plaintiffs' Motion, Defendants DEB HAALAND, Secretary of the United States Department of the Interior; BRYAN NEWLAND, Assistant Secretary for Indian Affairs, United States Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; BRYAN MERCIER, Director of the United States Bureau of Indian Affairs; RUDY PEONE, Acting Regional Director, Northwest Region, United States Bureau of Indian Affairs; UNITED STATES BUREAU OF INDIAN AFFAIRS (collectively "Defendants"), as well as their agents, servants, employees, representatives, and all persons acting in concert with them or on their behalf, are hereby RESTRAINED, ENJOINED AND ORDERED as follows:

Defendants shall not take any action to implement or consummate a land into trust and associated decisions in connection with the Coquille Project, until Defendants have (a) performed a NEPA environmental impact review pursuant to valid and enforceable regulations, and (b)

[Proposed] Temporary Restraining Order

engaged in pre-decisional consultation with Plaintiffs in relation to the FEIS and ROD and Coquille's application to take its Medford parcel into trust for gaming purposes.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the restraint of this Order shall remain in full force and effect for fourteen (14) days from the date hereof, unless extended by further order of the Court. A hearing on Plaintiff's request for a preliminary injunction will be scheduled at a date and time within fourteen (14) days of the date hereof, to be set by the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall not be required to post security.

SO ORDERED this __ day of January, 2025.

_____
The Honorable Amit P. Mehta
United States District Judge

**Copies to:**

Angela Ellis
DOJ-ENRD
Email: angela.ellis@usdoj.gov
*All Defendants*

Devon Tice
DOJ-ENRD
Email: devon.tice@usdoj.gov
*All Defendants*

Jennifer H. Weddle
GREENBERG TRAURIG, LLP
Email: weddlej@gtlaw.com
*Amicus Coalition of Large Tribes*

Keith M. Harper
JENNER & BLOCK LLP
Email: KHarper@jenner.com
*Intervenor Coquille Indian Tribe*

Judith A. Shapiro
JUDITH A. SHAPIRO, ESQ.
Email: jshapirolaw@earthlink.net
*Intervenor Coquille Indian Tribe*

[Proposed] Temporary Restraining Order